**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | |
|---|---|
| **M & P BARGE COMPANY INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO.** |
| **PELICAN MARINE LOGISTICS, LLC** | **SECTION:** |

**PETITION FOR BREACH OF CONTRACT AND DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, **M&P BARGE COMPANY, INC.** (hereinafter sometimes referred to as "**M&P**"), a Louisiana corporation, organized pursuant to the laws of the State of Louisiana, with its domicile in the Parish of East Baton Rouge, State of Louisiana, who respectfully avers:

1.

Made Defendant herein is **PELICAN MARINE LOGISTICS, LLC** (hereinafter sometimes referred to as "**PELICAN**") with its domicile in the Parish of Ascension, State of Louisiana.

2.

Jurisdiction is pursuant to the admiralty and maritime jurisdiction of the United States District Courts, 28 U.S.C. 1333.

3.

Pursuant to 28 U.S.C. 1391, venue is proper in the United States District Court for the Middle District of Louisiana as Defendant is domiciled in the Parish of Ascension, State of Louisiana, which is within the venue of this Honorable Court.

4.

On May 16, 2026, **M&P** and **PELICAN** entered into a *Master Time Charter Agreement* whereby **M&P** agreed to time charter vessels to **PELICAN** and **PELICAN** agreed to pay certain sums to **M&P** to charter said vessels pursuant to said agreement.[1]

5.

Pursuant to Article 1(C) of the *Master Time Charter Agreement*, **PELICAN** agreed to pay **M&P** Four Thousand Six Hundred Fifty and 00/100 ($4,650.00) Dollars plus fuel and lube per day for use of **M&P**'s vessels.[2]

6.

Since the execution of the *Master Time Charter Agreement*, **PELICAN** has chartered various vessels from **M&P** and incurred various costs and fees for use of the vessels, fuel, and lock assistance, pursuant to the *Master Time Charter Agreement*.

7.

To date, **PELICAN** has incurred the invoices below which total to One Hundred Eighty-Six Thousand Eight Hundred Fifty-Two and 63/100 ($186,852.63) Dollar, pursuant to the *Master Time Charter Agreement*.[3]

| Date | Invoice No. | Balance |
|---|---|---|
| 5/13/2026 | 16691 | $1,000.00 |
| 5/17/2026 | 168003 | $69,750.00 |
| 6/1/2026 | 168011 | $1,000.00 |
| 6/2/2026 | 168012 | $1,000.00 |
| 6/11/2026 | 168077 | $1,000.00 |
| 6/22/2026 | 168182 | $107,173.25 |
| 6/22/2026 | 168183 | $5,220.38 |
| 6/24/2026 | 168186 | $1,000.00 |
| 7/6/2026 | 168241 | -$291.00 |
| | **TOTAL** | **$186,852.63** |

[1] *See* Exhibit A- Executed Master Charter Agreement, dated May 16, 2026
[2] *Id*. at pg. 1.
[3] *See* Exhibit B- Invoice Nos. 16691, 168011, 168003, 168012, 168077, 168182, 168183, 168186, and 168241.

8.

Pursuant to Article 3(A) of the *Master Time Charter Agreement*, **PELICAN** agreed to bill **M&P** monthly, and **M&P** agreed to pay **PELICAN** within thirty (30) days of the date of the invoices. [4]

9.

On July 27, 2026, **M&P** made a formal written demand for payment of the eight (8) invoices, totaling One Hundred Eighty-Six Thousand Eight Hundred Fifty-Two and 63/100 ($186,852.63) Dollars, which **PELICAN** received on or about July 31, 2026.[5] [6]

10.

Despite repeated amicable demands, **PELICAN** has failed or refused to pay **M&P** for all or a portion of the eight (8) invoices, totaling One Hundred Eighty-Six Thousand Eight Hundred Fifty-Two and 63/100 ($186,852.63) Dollars, within thirty (30) days of the date of the invoices as outlined in Article 3(A) of the *Master Time Charter Agreement*.

11.

The above acts and/or omissions by **M&P** constitute a breach of contract.

12.

As a result of the above-described breach, **PELICAN** liable unto **M&P** for the following non-exclusive, itemized damages:

a. The balance of One Hundred Eighty-Six Thousand Eight Hundred Fifty-Two and 63/100 ($186,852.63) Dollars;

b. Reasonable attorney's fees;

---

[4] Exhibit A at pg. 1.
[5] *See* Exhibit C- Demand, dated July 27, 2026.
[6] *See* Exhibit D- Certified Green Card.

c. Court costs and expenses;

d. Judicial interest from the date of demand;

e. All other general equitable relief; and

f. Any and all other damages which may be due and owing under the *Master Time Charter Agreement* between **M&P** and **PELICAN**.

13.

Pursuant to Article 3(A) of the *Master Time Charter Agreement*, **M&P** is entitled to one and one-half (1.5%) percent interest per month on all amounts not paid within thirty (30) days of the invoice date due to **PELICAN**'s failure/refusal to pay the above-outlined balance.[7]

14.

Due to failure/refusal to pay the above-outlined balance, **M&P** was forced to retain undersigned counsel to collect the balance. As such, **PELICAN** must reimburse **M&P** for reasonable attorney's fees as outlined in Article 3(A) of the *Master Time Charter Agreement*.[8]

Wherefore, Plaintiff, **M&P BARGE COMPANY, INC.**, prays that Defendant, **PELICAN MARINE LOGISTICS, LLC**, be duly cited to appear and answer this demand, and after due proceedings had, there be judgement in favor of Plaintiff and against Defendant for such damages, together with legal interest from the date of judicial demand until paid, reasonable attorney's fees, for all costs of these proceeding, and for any and all other equitable relief.

[*Signature block on the following page.*]

[7] Exhibit A at pg. 1.
[8] *Id*.

Respectfully submitted,

**STAINES, EPPLING & KENNEY, LLC**

/s/ James A. Crouch, Jr.

**JAMES A. CROUCH, JR. (#35729)**
**LOAN H. DO (#37099)**
3500 N. Causeway Boulevard, Suite 820
Metairie, Louisiana 70002
Telephone: 504/838-0019
Facsimile: 504/838-0043

Counsel for **M&P BARGE COMPANY, INC.**